NO. 07-07-0047-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 18, 2007
_____

C. WILLIENELL ZIMMER HAYNES, ET AL., APPELLANTS

V.

MOORE COUNTY GAS PARTNERS, L.P., ET AL., APPELLEES
_____

FROM THE 69TH DISTRICT COURT OF MOORE COUNTY;

NO. 01-72; HONORABLE RON ENNS, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

C. Willienell Zimmer Haynes, et al., appellants, have filed a motion to dismiss this appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).  All costs incurred are adjudged against the party incurring the same.  No motion for rehearing will be entertained and our mandate will issue forthwith.


Mackey K. Hancock
Justice